**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANDRE D. GOLDSMITH, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-7430** |
| | : | |
| EXPERIAN INFORMATION | : | |
| SOLUTIONS, INC., | : | |
|     Defendant. | : | |

**ORDER**

AND NOW, this 15th day of June, 2026, upon consideration of Plaintiff Andre D. Goldsmith's *pro se* Amended Complaint (ECF No. 9), it is **ORDERED** that:

1.    The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**


**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON, J.**